EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**ANDY MATTHEW HYDEN,**<br>a/k/a Andrew Matthew Hyden,<br><br>*Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No.  21-MJ-348-SPS |

I, Amy Holt, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about August 23, 2021, in the Eastern District of Oklahoma, defendant **ANDY MATTHEW HYDEN, a/k/a Andrew Matthew Hyden,** violated Title 18, United States Code § 113(a)(6), 2111, 1151 and 1153, offenses described as follows:  **ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY** and **ROBBERY IN INDIAN COUNTRY.**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit of Amy Holt, which is attached hereto and made a part hereof by reference.)

☒    Continued on the attached sheet.

AMY HOLT
Complainant

Sworn to before me and subscribed in my presence at: MUSKOGEE, OKLAHOMA

Date: August 27, 2021

STEVEN P. SHREDER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer



## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Amy Holt, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose, and state as follows:

1. I have been employed as a Special Agent of the FBI since 2020 and am currently assigned to the Oklahoma City Division, Muskogee Resident Agency. In connection with my official duties, I am charged with investigating violations of federal criminal laws. Prior to my employment with the FBI, I worked eight years for the Department of Defense.

2. I am an investigative officer, or law enforcement officer, of the United States of America within the meaning of Title 18, United States Code, § 2510(7), that is an officer of the United States who is empowered by law to conduct investigation of, and make arrests for, offenses enumerated in Title 18. As a Special Agent, I am also authorized to execute warrants issued under the authority of the United States.

3. In the course of my duties as special agent, I have investigated criminal violations related to Indian Country crimes, as described in Title 18, United States Code, § 1151 and as it pertains to the Major Crimes Act (MCA).

4. As your affiant, having reviewed all relevant documentation, and upon the conduct of my personal investigation, I have compiled the factual history as set forth below, which is predicated upon the investigative findings.

5. VENUE: The facts and circumstances alleged in this affidavit occurred within the Eastern District of Oklahoma. More specifically, the facts and circumstances occurred within the territorial jurisdiction of the United States, in Indian Country to-wit: the Choctaw Nation Reservation.

7. DEFENDANT: The defendant is **ANDY MATTHEW HYDEN, also known as Andrew Matthew Hyden,** (Hyden) (DOB: XX/XX/1978). The defendant is a member of the Choctaw Nation.

8. VICTIM: the victim is J.H..

9. OFFENSE: On or about August 23, 2021, Hyden committed an assault resulting in serious bodily injury and committed robbery by using force and violence to take an item of value from a person. I believe probable cause exists that this act constitutes an Assault Resulting in Serious Bodily Injury in Indian Country, in violation of Title 18, United States Code, § 113(a)(6), 1151 and 1153, and Robbery in Indian Country, in violation of Title 18, United States Code § 2111, 1151 and 1153.

10. BACKGROUND: On or about August 25, 2021, Pittsburg County Sheriff's Office deputies interviewed J.H. who stated that on or about August 23, 2021, J.H. went to the Budget Inn, south of McAlester, Oklahoma, to pick up Hyden for work. J.H. knocked on the door and Hyden opened the door. J.H. went into the room and shut the door at which point Hyden started hitting J.H..

11. J.H. went on to say that after Hyden stopped hitting J.H., Hyden pulled J.H.'s wallet out of his pocket and opened it. Hyden then threw the wallet back down at J.H. and told J.H. that he was going to take his gun and went to J.H.'s truck and got his gun. Hyden told J.H. that he was going to take the gun. Hyden told J.H. that if he told anyone or called the cops he would kill him.

12. J.H. then went to the local emergency room. After being released, J.H. later went to the Tulsa ER Trauma Center who examined J.H. and discovered that he had a severe concussion and that nearly every bone in his face was broken. J.H. was then transported to Saint Francis Emergency Room who subsequently referred him to a facial reconstructive surgeon.

13. The radiology report from the Tulsa ER and Medical Center reflects that J.H. has multiple fractures to both orbital structures, around the nasal cavity, the TMJ joint and the medial and lateral plates in his face. There is an extensive amount of soft tissue fluid, swelling and bruising.

14. The facts presented in this affidavit are not a complete recitation of all facts known to law enforcement, rather, this affidavit is solely offered to establish probable cause for the crime presented herein.

15. Based on a review of the aforementioned documents, my investigation, and my personal knowledge and experience with violent crimes in Indian country, I, as your Affiant believe probable cause exists that **ANDY MATTHEW HYDEN, also known as Andrew Matthew Hyden,** has committed the offense of Assault Resulting in Serious Bodily Injury and Robbery, in violation of Title 18, United States Code, § 113(a)(6), 2111, 1151 and 1153.

Respectfully submitted,

_____
AMY HOLT
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 27th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE