IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

ANDY MATTHEW HYDEN
a/k/a Andrew Matthew Hyden,

        *Defendant.*

Case No. CR 21-310 RAW

FILED
SEP 28 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### ROBBERY IN INDIAN COUNTRY
[18 U.S.C. §§ 2111, 1151 & 1153]

On or about August 23, 2021, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ANDY MATTHEW HYDEN a/k/a Andrew Matthew Hyden**, an Indian, did by force, violence, and intimidation, take and attempt to take items of value, including money and a firearm, from the person and presence of J.H. in violation of Title 18, United States Code, Sections 2111, 1151 and 1153.

1

## COUNT TWO

### ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(6), 1151 & 1153]

On or about August 23, 2021, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ANDY MATTHEW HYDEN a/k/a Andrew Matthew Hyden,** an Indian, did assault J.H., resulting in serious bodily injury in violation of Title 18, United States Code, Sections 113(a)(6), 1151 and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

JORDAN W. HOWANITZ, TN BAR # 035622
Assistant United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

2